

# NUMBER 13-22-00383-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.C., A MINOR CHILD

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This is an appeal of a final order terminating parental rights of appellant, A.L. Appellee the Texas Department of Family and Protective Services has filed its first motion for extension of time to file its brief. Appellee's brief is due on December 13, 2022. Appellee has requested a ten-day extension to file its brief on December 23, 2022.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, we limit the request to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

This Court, having fully examined and considered appellee's motion is of the opinion that, in the interest of justice, appellee's first motion for extension of time to file its brief should be granted with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

The Court grants appellee's first motion for extension of time. This motion is granted insofar as the Court will extend the appellee's deadline to file the brief for ten (10) days. Because the Court is closed on December 23, 2002 and opens again on December 27, 2022, we ORDER appellee to file its brief on or before 5:00 p.m. on Tuesday, December 27, 2022. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
12th day of December, 2022.

2